IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08-CR-00134-RJC-DSC

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JULIO CESAR ROSALES LOPEZ (4) | ) | |
| | ) | |

**THIS MATTER** comes before the Court upon the defendant's Objection, (Doc. No. 1677), to a magistrate judge's denial of his motion for trial transcripts, (Doc. No. 1675).

A duplicate motion for trial transcripts was filed in Civil Case No. 3:18-cv-144, (Doc. No. 8). Because the defendant seeks the transcripts for use in challenging his conviction and sentence pursuant to 28 U.S.C. § 2255, the Court will rule on the motion filed in the civil case.

**IT IS, THEREFORE, ORDERED** that defendant's Objection, (Doc. No. 1677), is **DENIED as moot**.

Signed: September 20, 2018

Robert J. Conrad, Jr.
United States District Judge